# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-22 JVB |
| ELISSA SALAZAR | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge filed on August 24, 2016, on a plea of guilty by Defendant Elissa Salazar (DE 66). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Elissa Salazar, and **FINDS** the Defendant guilty of the offenses charged in Count 1 of the indictment.

SO ORDERED on September 19, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
